STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

11-224 consolidated with 11-222, 11-223


ESTES REFRACTORY & INSULATION OF LOUISIANA, INC.

VERSUS

ISLAND BOATS, INC., ET AL.



**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 114324 C/W 114114 C/W
HONORABLE EDWARD LEONARD, JR., DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Elizabeth A. Pickett, Billy Howard Ezell, and Shannon J. Gremillion, Judges.


REVERSED.



Michael W. Campbell
Caffery, Oubre, Campbell & Garrison, LLP
P.O. Drawer 12410
New Iberia, LA  70560
(337) 232-6581
Counsel for Defendant/Appellee:
Gulfmark Americas, Inc.

**N. Jerae Carlson**
**Strasburger & Price, LLP**
**1401 McKinney St., Suite 2200**
**Houston, TX 77010**
**(713) 951-5600**
**Counsel for Defendant/Appellee:**
**Gulfmark Americas, Inc.**

**Thomas R. Juneau, Sr.**
**Tonya R. Smith**
**Juneau Law Firm**
**P. O. Box 51268**
**Lafayette, LA 70505-1268**
**(337)269-0052**
**Counsel for Plaintiff/Appellant:**
**Maxum Services, Inc.**

**Joseph A. Tabb**
**Aloise, Baudry, & Baudy, LLC**
**P.O.  Box 766**
**Franklin, LA 70538**
**(337) 828-0454**
**Counsel for Plaintiff/Appellant:**
**Estes Refractory & Insulation of Louisiana, Inc.**

**PICKETT, Judge.**

For the reasons discussed in the companion case in this consolidated matter, *Maxum Services, Inc. v. Island Boats, Inc.*, 11-222 (La.App. 3 Cir. 9/_/11), _ So.3d _, the judgment granting summary judgment in favor of Gulfmark Americas, Inc. and dismissing the claims of Maxum Services, Inc.'s and Estes Refractory & Insulation, Inc.'s claims against it with prejudice are reversed. Costs of this appeal are assessed against Gulfmark Americas, Inc.

**REVERSED.**